### YALE *et al. v.* DART *et al.*

*(City Court of New York, General Term.* April 2, 1890.)

Appeal from trial term.

Action by Edward P. Yale and others against Henry C. Dart and another on a bill of exchange, of which plaintiffs were payees, accepted by defendants. There was a judgment for plaintiffs, and defendants appeal. For opinion of the general term of the court of common pleas on appeal, see ante, 277.

Argued before McADAM, C. J., and EHRLICH, J.

*Howard Y. Stillman,* for appellants. *T. Henry Dewey,* for respondents.

PER CURIAM. Both sides asked for the direction of a verdict, and neither can complain that one was directed. The attempted recall of the request came too late. The trial judge had almost finished the direction when the withdrawal was attempted. Judgment affirmed, with costs.

---

### BERGER *v.* WHEELER.

*(City Court of Brooklyn, General Term.* November 23, 1890.)

No opinion. Judgment affirmed, with costs.

---

### DUER *v.* TWELFTH ST. REFORMED CHURCH.

*(City Court of Brooklyn, General Term.* November 23, 1890.)

No opinion. Motion denied, without costs. See 10 N. Y. Supp. 526.